**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                             Case No.  18-10930-BKC-RBR

Arnella Smith,                                     Chapter   13

_____Debtor_____/

**FINAL REPORT OF MORTGAGE MODIFICATION MEDIATOR**

The undersigned court-appointed mortgage modification mediator, reports to the Court as follows:

**A.**   The final Mortgage Modification Mediation ("MMM") conference was conducted on _____, 2018 and the following parties were present:

  1.  [ ] The Debtor and the Debtor's attorney.
  2.  [ ] The co-obligor/co-borrower/or other third party.
  3.  [ ] The Lender's representative and Lender's attorney.
  4.  [ ] Other:

**B.**   The final MMM conference was scheduled for May 31, 2018, but not conducted for the following reason:

  1.  [ ] The parties settled prior to attending.
  2.  [ ] The case was dismissed.
  3.  [ ] The Debtor or [ ]  Debtor's attorney failed to attend.
  4.  [ ] The Lender's representative or [ ]  Lender's attorney failed to attend.
  5.  [X] Other

**C.**   The result of the MMM conference is as follows:

  1.  [ ] The parties reached an agreement.
  2.  [X] The parties did not reach an agreement.

Dated: May 30, 2018

                                            _/s/:Stacy H. Bressler_____
                                            Stacy H. Bressler, Esq.
                                            8201 Peters Road, Suite 1000
                                            Plantation, FL 33324
                                            Telephone: (954) 557-5526
                                            email: sbressler@aol.com

Copies to:
all parties to mediation